**Opinion filed November 30, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-17-00307-CV
_____

## A.E. NELSON JR., D/B/A NELSON FARM & RANCH PROPERTIES, AND FIRST TEXAS TITLE COMPANY, LLC, Appellants

## V.

## McCALL MOTORS, INC., Appellee

**On Appeal from the 350th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 10811-D**

## M E M O R A N D U M   O P I N I O N

Appellant First Texas Title Company, LLC has filed in this court a motion to dismiss its appeal. In the motion, First Texas Title indicates that it no longer desires to prosecute this appeal. Attached to the motion is a release of judgment in which First Texas Title and McCall Motors, Inc. acknowledge that they have reached an agreement in satisfaction of the judgment. Therefore, in accordance with First Texas

Title's request, we dismiss the portion of this appeal filed by First Texas Title. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and this appeal is dismissed in part. The appeal remains active as to Appellant A.E. Nelson Jr. d/b/a Nelson Farm & Ranch Properties and also as to Cross-Appellant, McCall Motors, Inc., who has filed a cross-appeal against A.E. Nelson Jr. d/b/a Nelson Farm & Ranch Properties.

PER CURIAM

November 30, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.